**Electronically Filed**
**Supreme Court**
**SCWC-17-0000806**
**03-JUL-2025**
**08:39 AM**
**Dkt. 27 ODMR**

SCWC-17-0000806

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PETER J. WINN, WESTMINSTER REALTY, INC.,
Respondents/Plaintiffs-Appellants,

vs.

WADE BRADY and KATHERINE T. BRADY, individually and
as trustees of the WADE K. BRADY FAMILY TRUST,
CONTEMPORARY KAMAʻAINA, LLC, WESTMINSTER REALTY, INC.
as trustee of the 2806 KOLEPA PLACE TRUST DATED
DECEMBER 14, 2010, ERIC L. KEILLOR and ERIC S. HART,
Respondents/Defendants-Appellees,

and

JAMES E. SPENCE and BEVERLY C. SPENCE,
Petitioners/Intervenors-Appellees,

and

STEPHEN R. SPENCE and VALORIE A. SPENCE,
Respondents/Intervenors-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000806; CIV. NO. 12-1-0087)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Kubota, in place of Ginoza, J., recused)

Upon consideration of Respondents/Plaintiffs-Appellants' motion for reconsideration of the opinion filed on June 13, 2025 and the record herein,

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 3, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Peter K. Kubota

